UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SAML 08-01926-CJC(MLGx) | Date | January 30, 2009 |
| Title | In Re Halftone Color Separations | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF STIPULATED DISMISSAL AND SETTLEMENT OF ALL CLAIMS, DEFENSES, AND COUNTERCLAIMS ASSERTED AMONG ALL PLAINTIFFS AND ALL DEFENDANTS

     The Court, having been advised by counsel that this action has been dismissed by Notice of Stipulated Dismissal and Settlement of All Claims, Defenses, and Counterclaims Asserted Among All Plaintiffs and All Defendants filed on November 23, 2009, hereby ORDERS this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

: 0

Initials of Preparer   mu